**MINUTE ENTRY**
**AFRICK, J.**
**May 12, 2016**
**JS-10 00:20**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 16-49** |
| **LORI BROADWAY** | **SECTION I** |

A pretrial conference was held on this date with counsel participating on behalf of all parties. Counsel informed the Court that plea negotiations were in their final stage and requested that a rearraignment date be set. The Court indicated that a rearraignment would be scheduled for Thursday, June 2, 2016 at 2:00 PM.

New Orleans, Louisiana, May 12, 2016.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**